UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Christopher Gonzalez,<br><br>Plaintiff<br><br>v.<br><br>Governor Joe Lombardo, et al.,<br><br>Defendant. | Case No. 2:25-cv-01573-APG-EJY<br><br>**ORDER** |

On August 22, 2025, Plaintiff submitted a Civil Rights Complaint. ECF No. 1-1. Plaintiff neither paid the $405 filing fee nor filed an application to proceed *in forma pauperis*, one of which is necessary to commence a civil action. If Plaintiff wants to proceed without prepaying the filing fee he may do so under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2. To apply for *in forma pauperis* status, which will allow him to proceed without **prepaying** the filing fee, Plaintiff must submit **three** documents to the Court. These include: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, on this Court's approved form (*i.e.* pages 1 through 3 with the inmate's two signatures on page 3), (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (*i.e.* page 4 of this Court's approved form), and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

Accordingly, IT IS HEREBY ORDERED that no later than **November 28, 2025**, Plaintiff must pay the $405 filing fee or file: (1) a complete **Application to Proceed *in Forma Pauperis* for Inmate** on the Court's approved form; (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

IT IS FURTHER ORDERED that the Clerk of the Court **must** send Plaintiff the form application to proceed *in forma pauperis* for inmates together with the information and instructions for filing the same.

IT IS FURTHER ORDERED that the Court will retain Plaintiff's Complaint (ECF No. 1-1) but will not file it at this time.

IT IS FURTHER ORDERED that failure to pay the $405 filing fee or file a complete application to proceed *in forma pauperis* on or before **November 28, 2025** will result in a recommendation to dismiss this action **without prejudice**. A dismissal without prejudice allows Plaintiff to file his case with the Court, under a new case number, when he is able to comply with LSR 2-1 and file a complete application to proceed *in forma pauperis* or pay the required filing fee.

Dated this 29th day of September, 2025.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE